NO. 07-07-0256-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

SEPTEMBER 28, 2007
_____

AUCENCIO CASTRO ALVAREZ, APPELLANT

V.

CYNDIA ANN ALVAREZ, APPELLEE
_____

FROM THE 46TH DISTRICT COURT OF WILBARGER COUNTY;

NO. 23,819; HONORABLE DAN MIKE BIRD, JUDGE
_____

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

**ON MOTION TO DISMISS**

Aucencio Castro Alvarez, appellant, has filed a motion to dismiss this appeal because a Motion for New Trial was granted by the trial court. No decision of this Court having been delivered to date, we grant the motion. Accordingly, the appeal is dismissed. TEX. R. APP. P. 42.1(a)(1). All costs of this appeal are assessed to the appellant. No motion for rehearing will be entertained and our mandate will issue forthwith.

Mackey K. Hancock
Justice